BURKE, WILLIAMS & SORENSEN, LLP
Michael B. Bernacchi (SBN 163657)
  mbernacchi@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600
Fax:  213.236.2700

Attorneys for Defendant
Unum Life Insurance Company of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA STOUGH,<br><br>                  Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY; JONES DAY EMPLOYEE BENEFIT PLAN; and DOES 1 through 10, inclusive,<br><br>                  Defendants. | Case No.  CV-09-4169-**JW (RS)**<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>Complaint served:  September 15, 2009<br>Current response date:  October 5, 2009<br>New response date:  November 4, 2009 |

The Parties, Plaintiff Lydia Stough and Defendant Unum Life Insurance Company of America, by and through their respective counsel of record, hereby stipulate and agree that Defendant shall have an extension of 30 days from October 5, 2009 to November 4, 2009, within which to file a responsive pleading to Plaintiff's complaint.

Said extension to plead is requested so that Defendant's counsel could have time to obtain and review his client's file, and prepare an appropriate response.  As well as to provide the parties with an opportunity to try and settle this case.

/ / /

/ / /

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4826-5459-5588 v1          - 1 -          CASE NO. CV-09-4169-RS
STIPULATION AND ORDER FOR EXTENSION
OF TIME TO FILE RESPONSIVE PLEADING

IT IS SO STIPULATED.


Dated:  September 24, 2009          Donahue & Horrow, LLP


                                    By: /s/ Michael B. Horrow
                                       Michael B. Horrow
                                    Attorneys for Plaintiff Lydia Stough
                                    [As authorized on September 24, 2009]


Dated:  September 24, 2009          Burke, Williams & Sorensen, LLP


                                    By: /s/ Michael B. Bernacchi
                                       Michael B. Bernacchi
                                    Attorneys for Defendant Unum Life
                                    Insurance Company of America


# **O R D E R**

Upon consideration of the Parties' stipulation, IT IS HEREBY ORDERED that Defendant Unum Life Insurance Company of America shall have a 30-day extension of time, up to and including November 4, 2009, in which to file a responsive pleading to Plaintiff's complaint.

IT IS SO ORDERED.

Dated:   October 2, 2009

Judge of the United States District Court

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4826-5459-5588 v1          - 2 -

CASE NO. CV-09-4169-RS
STIPULATION AND ORDER FOR EXTENSION
OF TIME TO FILE RESPONSIVE PLEADING