BURKE, WILLIAMS & SORENSEN, LLP
Michael B. Bernacchi (SBN 163657)
 mbernacchi@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600
Fax: 213.236.2700

Attorneys for Defendant
Unum Life Insurance Company of America

**IT IS SO ORDERED**
*[signature]*
Judge James Ware

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA STOUGH,<br><br>        Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY; JONES DAY EMPLOYEE BENEFIT PLAN; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. CV-09-4169 JW (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANT JONES DAY EMPLOYEE BENEFIT PLAN WITHOUT PREJUDICE** |

    The Parties, Plaintiff Lydia Stough and Defendants Unum Life Insurance Company of America and the Jones Day Employee Benefit Plan, by and through their respective counsel of record, hereby stipulate and agree that the within action may be dismissed *without* prejudice **ONLY** as to Defendant Jones Day Employee Benefit Plan ("the Plan"). The Parties agree that the Plan is not a necessary party because Defendant Unum Life Insurance Company of America ("Unum") acknowledges and agrees that it would be responsible for the relief granted to Plaintiff, if any, as it is presently sought in the Complaint from the Plan.

    However, the parties agree that Unum will only indemnify the Plan against any judgment and/or settlement with respect to any and all allegations asserted by

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4821-5449-0372 v1      - 1 -      CASE NO. CV-09-4169 JW (RS)
STIPULATION AND ORDER TO DISMISS
DEFENDANT PLAN WITHOUT PREJUDICE

the Plaintiff in the lawsuit for disability benefits under the subject long-term disability insurance policy at issue in this litigation. This includes any judgment for attorneys' fees and interest awarded under the Employee Retirement Income Security Act of 1974, as amended, arising solely from Unum's denial of group long-term disability benefits. The parties further agree that the Plan will not contest Plaintiff's attempt to name it as a defendant in this litigation and serve it at a later date if Plaintiff determines she needs to seek relief different than that provided in the policy.

By entering into this stipulation, Plaintiff acknowledges and agrees that Unum and the Plan does not waive or alter, in any way, their procedural or substantive defenses in this litigation and specifically do not waive their right to contend that Plaintiff is not entitled to anything under the Complaint or that she is not entitled to a declaration regarding future benefits as a matter of law.

IT IS SO STIPULATED.

Dated: October 13, 2009         Donahue & Horrow, LLP

                                By: */s/ Michael B. Horrow*
                                    *[As authorized on October 13, 2009]*
                                    Michael B. Horrow
                                Attorneys for Plaintiff Lydia Stough

Dated: October 13, 2009         Burke, Williams & Sorensen, LLP

                                By: */s/ Michael B. Bernacchi*
                                    Michael B. Bernacchi
                                Attorneys for Defendant Unum Life
                                Insurance Company of America

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4821-5449-0372 v1    - 2 -    CASE NO. CV-09-4169 JW (RS)
STIPULATION AND ORDER TO DISMISS
DEFENDANT PLAN WITHOUT PREJUDICE

| | |
|---|---|
| Dated: October 13, 2009 | Jones Day |

By: */s/ Shawn Hanson*
　　*[As authorized on October 13, 2009]*
　Shawn Hanson
Attorneys for Defendant Jones Day
Employee Benefit Plan

## **O R D E R**

Upon consideration of the Parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that Defendant Jones Day Employee Benefit Plan is dismissed from this action without prejudice.

IT IS SO ORDERED.

Dated: December 14, 2009

_____
Judge of the United States District Court

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4821-5449-0372 v1

- 3 -

CASE NO. CV-09-4169 JW (RS)
STIPULATION AND ORDER TO DISMISS
DEFENDANT PLAN WITHOUT PREJUDICE