**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

1  BURKE, WILLIAMS & SORENSEN, LLP
   Michael B. Bernacchi (SBN 163657)
2   mbernacchi@bwslaw.com
   444 South Flower Street, Suite 2400
3  Los Angeles, CA  90071-2953
   Tel:  213.236.0600
4  Fax:  213.236.2700

5  Attorneys for Defendant
   Unum Life Insurance Company of America
6

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | LYDIA STOUGH,                              | Case No.  CV-09-4169 JW (RS)
12 |              Plaintiff,                    | **STIPULATION AND [PROPOSED]**
                                                  **ORDER TO DISMISS DEFENDANT**
13 | v.                                         | **JONES DAY EMPLOYEE BENEFIT**
                                                  **PLAN WITHOUT PREJUDICE**
14 | UNUM LIFE INSURANCE
   | COMPANY; JONES DAY
15 | EMPLOYEE BENEFIT PLAN; and
   | DOES 1 through 10, inclusive,
16 |
   |              Defendants.
17

18

19     The Parties, Plaintiff Lydia Stough and Defendants Unum Life Insurance

20 Company of America and the Jones Day Employee Benefit Plan, by and through

21 their respective counsel of record, hereby stipulate and agree that the within action

22 may be dismissed *without* prejudice **ONLY** as to Defendant Jones Day Employee

23 Benefit Plan ("the Plan").  The Parties agree that the Plan is not a necessary party

24 because Defendant Unum Life Insurance Company of America ("Unum")

25 acknowledges and agrees that it would be responsible for the relief granted to

26 Plaintiff, if any, as it is presently sought in the Complaint from the Plan.

27     However, the parties agree that Unum will only indemnify the Plan against

28 any judgment and/or settlement with respect to any and all allegations asserted by

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4821-5449-0372 v1                - 1 -                CASE NO. CV-09-4169 JW (RS)
                                                   STIPULATION AND ORDER TO DISMISS
                                                   DEFENDANT PLAN WITHOUT PREJUDICE

the Plaintiff in the lawsuit for disability benefits under the subject long-term disability insurance policy at issue in this litigation. This includes any judgment for attorneys' fees and interest awarded under the Employee Retirement Income Security Act of 1974, as amended, arising solely from Unum's denial of group long-term disability benefits. The parties further agree that the Plan will not contest Plaintiff's attempt to name it as a defendant in this litigation and serve it at a later date if Plaintiff determines she needs to seek relief different than that provided in the policy.

By entering into this stipulation, Plaintiff acknowledges and agrees that Unum and the Plan does not waive or alter, in any way, their procedural or substantive defenses in this litigation and specifically do not waive their right to contend that Plaintiff is not entitled to anything under the Complaint or that she is not entitled to a declaration regarding future benefits as a matter of law.

IT IS SO STIPULATED.

Dated: October 13, 2009            Donahue & Horrow, LLP

By: */s/ Michael B. Horrow*
    *[As authorized on October 13, 2009]*
    Michael B. Horrow
    Attorneys for Plaintiff Lydia Stough

Dated: October 13, 2009            Burke, Williams & Sorensen, LLP

By: */s/ Michael B. Bernacchi*
    Michael B. Bernacchi
    Attorneys for Defendant Unum Life
    Insurance Company of America

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4821-5449-0372 v1                - 2 -                CASE NO. CV-09-4169 JW (RS)
STIPULATION AND ORDER TO DISMISS
DEFENDANT PLAN WITHOUT PREJUDICE

| | |
|---|---|
| Dated: October 13, 2009 | Jones Day |
| | By: */s/ Shawn Hanson* <br> *[As authorized on October 13, 2009]* <br> Shawn Hanson <br> Attorneys for Defendant Jones Day Employee Benefit Plan |

# **O R D E R**

Upon consideration of the Parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that Defendant Jones Day Employee Benefit Plan is dismissed from this action without prejudice.

IT IS SO ORDERED.

Dated: December 14, 2009

_____

Judge of the United States District Court

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4821-5449-0372 v1 — - 3 - — CASE NO. CV-09-4169 JW (RS) STIPULATION AND ORDER TO DISMISS DEFENDANT PLAN WITHOUT PREJUDICE