DONAHUE & HORROW, LLP
Michael B. Horrow (SBN 162917)
  mhorrow@donahuehorrow.com
1960 E. Grand Avenue, Suite 1215
El Segundo, CA 90245
Tel: (310) 322-0300
Fax: (310) 322-0302
Attorneys for Plaintiff Lydia Stough

BURKE, WILLIAMS & SORENSEN, LLP
Michael B. Bernacchi (SBN 163657)
  mbernacchi@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: (213) 236-0600
Fax: (213) 236-2700
Attorneys for Defendant Unum Life
Insurance Company of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA STOUGH, | Case No. CV-09-4169 JW (PVT) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| UNUM LIFE INSURANCE COMPANY; JONES DAY EMPLOYEE BENEFIT PLAN; and DOES 1 through 10, inclusive, | |
| Defendants. | |

The Parties, Plaintiff Lydia Stough and Defendant Unum Life Insurance Company of America, by and through their respective counsel of record, hereby stipulate and agree that the within action may be dismissed with prejudice in its entirety (including the causes of action against the Jones Day Employee Benefit Plan) pursuant to a settlement reached between the Parties. Each party will bear her or its own attorneys' fees and costs.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4841-1951-5397 v1 — - 1 - — CASE NO. CV-09-4169 JW (PVT)
STIPULATION AND ORDER TO DISMISS
ENTIRE ACTION WITH PREJUDICE

IT IS SO STIPULATED.

Dated: January 20, 2010          Donahue & Horrow, LLP

                                 By: */s/ Michael B. Horrow*
                                     *[As authorized on January 20, 2010]*
                                     Michael B. Horrow
                                 Attorneys for Plaintiff Lydia Stough

Dated: January 21, 2010          Burke, Williams & Sorensen, LLP

                                 By: */s/ Michael B. Bernacchi*
                                     Michael B. Bernacchi
                                 Attorneys for Defendant Unum Life
                                 Insurance Company of America

## **O R D E R**

Upon consideration of the Parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice, with each party to bear her or its own attorneys' fees and costs..

IT IS SO ORDERED.

The Court terminates any remaining pending deadlines, hearing and motions. The Clerk shall close this file.

Dated: January 22, 2010          _____
                                 Judge of the United States District Court

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4841-1951-5397 v1          - 2 -          CASE NO. CV-09-4169 JW (PVT)
                                              STIPULATION AND ORDER TO DISMISS
                                              ENTIRE ACTION WITH PREJUDICE